## IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| **CHRISTINE MARIE DENBURG and JEFFREY LEWIS DENBURG,**<br><br>        **Plaintiffs,**<br><br>v.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>        **Defendant.** | Case No.: _____<br><br>**PETITION AT LAW AND JURY DEMAND** |

**COMES NOW,** Plaintiffs, Christine Denburg and Jeffrey Denburg, and for their Petition at Law and Jury Demand against Defendant, State Farm Fire and Casualty Company, states as follows:

### PARTIES, JURISDICTION AND VENUE

1.     At all relevant times herein, **CHRISTINE DENBURG and JEFFREY DENBURG** (hereinafter referred to as "Plaintiffs") were residents of Iowa City, Johnson County, Iowa.

2.     At all relevant times herein, **STATE FARM FIRE AND CASUALTY COMPANY** (hereinafter referred to as "State Farm") was, on information and belief, a stock fire and casualty company registered with the Iowa Insurance Division under NAIC No. 25143 and existing under the laws of the State of Illinois with its principal place of business located at One State Farm Plaza, Bloomington, Illinois 61710.

3.     This Court has personal jurisdiction over State Farm because State Farm has transacted business and maintains a business presence within the State of Iowa offering insurance products to Iowa residents.  State Farm has engaged in a systematic pattern of business operations within the State of Iowa.  State Farm thus has such sufficient minimum contacts with the State of

Iowa that are purposefully directed to the State of Iowa that the filing of this action does not offend traditional notions of fair play and substantial justice.

4. Venue is proper in this Court as all of the events, transactions and contracts that relate to or give rise to this matter occurred in Johnson County, Iowa.

## FACTUAL ALLEGATIONS

1. On June 1, 2022, State Farm issued a policy of homeowner's insurance (hereinafter referred to as "The Policy") for a policy period of June 1, 2022 to June 1, 2023.

2. On October 23, 2022, Plaintiffs suffered damages to their residence due to a fire.

3. Plaintiffs timely and properly notified State Farm of the CLAIM under The Policy.

4. Plaintiffs filed a fire damage claim with State Farm Insurance Company under their homeowner's insurance policy.

5. After State Farm performed its inspection, it improperly valued the actual cash value and the replacement cost of the loss to the structure.

6. The Underlying Action asserts one or more claims for relief which seek to legally obligate State Farm to pay damages due to a claim that would be covered by The Policy.

## COUNT I
### (Breach of Contract)

7. Plaintiffs incorporate and reassert the foregoing paragraphs as though fully set out herein.

8. On June 1, 2022, State Farm issued a policy of homeowner's insurance (hereinafter referred to as "The Policy") for a policy period of June 1, 2022 to June 1, 2023.  (See, the Policy attached as "Exhibit A").

9. State Farm breached the contracts by its refusal to pay for the full replacement cost of the loss covered under The Policy.

10. The Plaintiffs have suffered damage as a result of State Farm's breach of the Policy.

**002**

**WHEREFORE,** Plaintiffs prays that a judgment be entered in favor of Plaintiffs and against Defendant for all amounts due and owing to Plaintiffs, as provided by law, plus interest as allowed and consequential, and incidental damages along with any additional relief which may be appropriate in the premises.

## COUNT II
### (Bad Faith)

11. Plaintiffs incorporate and reassert the foregoing paragraphs as though fully set out herein.

12. The Policy contains covenants for the defense and indemnity against obligations covered under the terms and provisions of the policies.

13. Under The Policy, State Farm was obligated to cover losses including but not limited to fire damage as required under the terms and provisions of the policies.

14. State Farm breached the foregoing duties when it engaged in the following conduct:

    a. Unreasonably failing to investigate the Underlying action in a commercially reasonable manner based upon the standards in the industry;

    b. By failing to make payment under The Policy in a reasonable and timely manner;

    c. Failing to adopt or comply with reasonable standards in connection with the investigation, resolution and adjustment of the claim;

    d. Unreasonably failing to make payment within a reasonable time after the claim.

15. State Farm's willful and knowing refusal to comply with the terms of The Policy and/or to meet its duties under The Policy has caused damage to Plaintiffs and constitutes a breach of its duty of good faith and fair dealing.

**WHEREFORE,** Plaintiffs pray that a judgment be entered in favor of Plaintiffs and against Defendant for all amounts due and owing to Plaintiffs, as provided by law, plus interest as allowed and consequential, and incidental damages along with any additional relief which may be appropriate in the premises, including punitive damages and attorneys fees.

**003**

## JURY DEMAND

Plaintiffs respectfully request trial by jury on all matters so triable.

Respectfully submitted,

HILLERS PC
LEGAL

Thomas L. Hillers AT0010402
112 W. Main Street, Suite 100 State
Center, Iowa 50247
P. 641.980.0253 /
tom@hillerslegal.com

**004**

## IN THE IOWA DISTRICT COURT IN JOHNSON COUNTY

| | |
|---|---|
| **CHRISTINE MARIE DENBURG and JEFFREY LEWIS DENBURG,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>Defendant. | Case No.:<br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT:  **STATE FARM FIRE AND CASUALTY COMPANY**

You are hereby notified that there is now on file in the Office of the Clerk of the above Court, a Petition in the above-entitled action, a copy of which Petition is attached hereto. The Plaintiffs' attorney is Thomas L. Hillers, of Hillers Legal, P.C., P.O. Box 462; 112 Main St. West, Suite 100, State Center, IA 50247, Phone: 641-980-0253.

You are further notified that unless, within twenty (20) days after service of this Original Notice upon you, you serve, and within a reasonable time thereafter file, a Motion or Answer, in the Iowa District Court for Johnson County at the Johnson County Courthouse, Judgment by Default will be rendered against you for the relief demanded in the Petition.

_____
CLERK OF THE ABOVE-NAMED COURT
JOHNSON COUNTY COURTHOUSE

(SEAL)
NOTE:  The attorney who is expected to represent the Defendant(s) should be promptly advised by Defendant(s) of the service of this notice.

**If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 319-356-6032. (If you are hearing impaired call Relay Iowa TTY 1-800-735-2942.)**

**005**

# Iowa Judicial Branch

| | |
|---|---|
| Case No. | LACV084724 |
| County | Johnson |

Case Title    CHRISTINE & JEFFREY DENBURG V. STATE FARM INSURANC

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(319) 398-3920** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

Date Issued  **10/02/2023 10:09:03 AM**



District Clerk of Court or/by Clerk's Designee of  Johnson       County
/s/ Christine Roselund

E-FILED  2023 OCT 16 10:09 AM JOHNSON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

Case Number: LACV084724

| | |
|---|---|
| CHRISTINE MARIE DENBURG and JEFFREY LEWIS DENBURG, Plaintiff(s), v. STATE FARM FIRE AND CASUALTY COMPANY, Defendant(s), | ACCEPTANCE OF SERVICE |

Service of the foregoing, ORIGINAL NOTICE, PETITION ET AL, is hereby accepted as provided by the law for STATE FARM FIRE AND CASUALTY COMPANY, defendant named herein, the 16TH of OCTOBER, 2023.

Commissioner of Insurance

Doug Ommen

007

IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| CHRISTINE MARIE DENBURG and JEFFREY LEWIS DENBURG,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | Case No. LACV84724<br><br>**APPEARANCE OF J. MICHAEL WESTON** |

   J. Michael Weston of the law firm of Lederer Weston Craig PLC hereby enters his Appearance on behalf of Defendant, State Farm Fire and Casualty Company, in this matter.

**LEDERER WESTON CRAIG PLC**

By /s/ J. Michael Weston
J. Michael Weston   AT0008405
118 Third Ave SE, Suite 700
P.O. Box 1927
Cedar Rapids, IA 52406-1927
Telephone:  (319) 365-1184
Fax:             (319) 365-1186
E-mail:  mweston@lwclawyers.com

**ATTORNEYS FOR DEFENDANT**
**STATE FARM FIRE AND CASUALTY**
**COMPANY**

E-FILED  2023 NOV 06 8:32 AM JOHNSON - CLERK OF DISTRICT COURT

2

## CERTIFICATE OF SERVICE

I certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

**ATTORNEY FOR PLAINTIFFS:**
Thomas L. Hillers
E-mail:  tom@hillerslegal.com

I am not aware of any non-ECF system participants in this proceeding that require service by mail.

               /s/  J. Michael Weston

## IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| CHRISTINE MARIE DENBURG<br>JEFFREY LEWIS DENBURG<br><br>Plaintiff(s)/Petitioner(s),<br><br>VS.<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br><br>Defendant(s)/Respondent(s). | CASE NO: 06521  LACV084724<br><br>**NOTICE OF CIVIL TRIAL-SETTING CONFERENCE** |

To the parties or their attorneys of record:

In accordance with Iowa Rule of Civil Procedure 1.906, notice is hereby given that a **Trial Scheduling Conference is scheduled on 12/19/2023 at 11:00 AM at the Johnson County Courthouse, Iowa City, Iowa.**

This date shall be no earlier than 35 days after and not later than 50 days after any Defendant/Respondent has answered or appeared unless set sooner by special order on application of one or more parties.

This conference shall be held:
**By TELEPHONE with the conference call to be initiated by Plaintiff(s). The court administrator shall be connected to the call at 319-356-6070, Ext. 3313.**

Attorneys for all parties appearing in the case shall participate at this conference as well as unrepresented defendants who have also appeared.

At this trial-setting conference, every case will be set for trial within the time periods provided by Iowa Court Rules Chapter 23, Time Standards for Case Processing.

**Prior to the trial-setting conference, the parties must file a Trial Scheduling and Discovery Plan, Iowa Court Rule 23.5-Form 2 (Form 3 for Expedited Civil Actions).**

The trial date that is agreed upon at this conference shall be a firm date. Continuances will not be granted, even if all parties agree, unless for a crucial cause that could not have been foreseen.

The Clerk of Court shall notify all counsel of record and parties not represented by counsel.

Dated 11/13/23

010

E-FILED   LACV084724 - 2023 NOV 13 08:33 AM   JOHNSON
CLERK OF DISTRICT COURT   Page 2 of 3

If you need assistance to participate in court due to a disability, call the disability coordinator at (319) 398-3920 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**



State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| LACV084724 | CHRISTINE & JEFFREY DENBURG V. STATE FARM FIRE AND CASUALTY |
| **Type:** | ORDER FOR TRIAL SCHEDULING CONFERENCE |

So Ordered

Erica Beason, Case Coordinator,
Sixth Judicial District of Iowa

Electronically signed on 2023-11-13 08:33:50